IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDGAR CARRILLO,** | 2:16-cv-00064-EFB |
| Petitioner, | [~~PROPOSED~~] **ORDER** (AMENDED) |
| **v.** | |
| **PERRY,,** | |
| Respondent. | |

    Respondent has moved for a 30-day enlargement of time within which to file a response to the petition in this matter.

    GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's motion is granted. The response to the petition shall be filed on or before ~~March 14, 2016~~. April 13, 2016.

Dated: __April 13, 2016__

_____
The Honorable Edmund F. Brennan
United States Magistrate Judge